**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BARCADIA BAR & GRILL OF OF NEW ORLEANS, LLC | : : : | CASE NO.: 2:23-cv-03125 |
| Plaintiff, | : : : | DISTRICT JUDGE: |
| v. | : : | ELDON E. FALLON |
| INDEPENDENT SPECIALTY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B6045568622021 CERTAIN UNDERWRITERS AT LLOYD'S - SYNDICATE 1458 AND RENAISSANCERE SPECIALTY U.S. LTD, | : : : : : : : : : : | MAGISTRATE JUDGE: JANIS VAN MEERVELD |
| Defendants. | : : | |

### MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS AGAINST DEFENDANTS, OR ALTERNATIVELY, STAY LITIGATION PENDING ARBITRATION

NOW INTO COURT, through undersigned counsel, come Independent Specialty Insurance Company, Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B604510568622021, Certain Underwriters at Lloyd's – Syndicate 1458 and RenaissanceRe Specialty U.S. Ltd. (collectively known as "Defendants"), and appearing solely for the purposes of this Motion, reserving all rights, motions, and defenses and without waiver thereof, respectfully move this Honorable Court for an Order Compelling Plaintiff to Arbitration and Dismissing the Litigation Against Defendants, or in the alternative, an Order to Stay the Present Litigation pending arbitration pursuant to 9 U.S.C. §§ 3 and 208.

As detailed in the accompanying Memorandum in Support hereto, Plaintiff alleges loss to

property located at 601 Tchoupitoulas Street, New Orleans, Louisiana 70130 (hereinafter referred to as "the Property").

Plaintiff further alleges that loss to the Property was covered under a contract of insurance entered into with the Defendants herein. Plaintiff's claim is subject to Arbitration pursuant to Plaintiff's Insurance Policy No. 2021-803337-01 - Arbitration Clause, which falls under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards and 9 U.S.C. §§ 201 et seq.

As a result of the binding insurance contract entered into by Plaintiff and Defendants herein, the subject litigation should be dismissed or, in the alternative, stayed to allow for Arbitration under the provisions of the Policy.

**WHEREFORE,** for these reasons, and the reasons more fully set forth in the accompanying memorandum, Defendants pray that this Court issue an Order Compelling Arbitration and dismiss or, in the alternative, stay these proceedings.

This 14th day of August, 2023

                                      Respectfully submitted,

By:    */s/ Shawn M. Brooks* _____
        Chaunda "Shawn" M. Brooks
        (La. Bar No. 38607)
        ROLFES HENRY CO., LPA
        8550 United Plaza Boulevard, Suite 702
        Baton Rouge, Louisiana 70809
        Telephone: (800) 720-0613
        Facsimile: (228) 299-0430
        E: sbrooks@rolfeshenry.com
        E: lmoore@rolfeshenry.com

        *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

HEREBY CERTIFY that a true and accurate copy of the foregoing *Motion to Compel Arbitration and to Dismiss Claims Against Defendants, or alternatively, Stay Litigation Pending Arbitration* has been electronically filed with the Clerk of the Courts by using the ECF system, which will send a notice of the electronic filing to the following. I further certify that upon notification from the Clerk of the Court, a copy of the foregoing will be forwarded via U.S. Mail if a party is a non-ECF participant.

> John W. Houghtaling, Esq.
> Skye S. Fantaci, Esq.
> Kevin R. Sloan, Esq.
> GAUTHIER MURPHY & HOUGHTALING LLC
> 3500 North Hullen Street
> Metairie, Louisiana  70002
> john@gmhatlaw.com
> skye@gmhatlaw.com
> kevin@gmhatlaw.com
>
> *Attorneys for Plaintiff*

SO CERTIFIED, this 14th day of August, 2023.

> /s/ *Shawn M. Brooks* _____
> Chaunda "Shawn" M. Brooks