a) Vandalism;

      b) Sprinkler leakage, unless you have protected the system against freezing;

      c) Building glass breakage;

      d) Water damage;

      e) Theft; and / or

      f) Attempted theft.

  2) With respect to Covered Causes of Loss other than those listed in the Vacancy Provisions paragraphs above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

H. **Property Loss Conditions**

The following Property Loss Conditions apply:

1. **Abandonment**

There can be no abandonment of any property to us.

2. **Adjustment of Loss and Named Insured Clause**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

The first Named Insured shown in the Declarations is responsible for the payment of all premiums.

If this policy insures more than one entity, the First Named Insured is authorized to act on behalf of all other insureds with respect to their rights, obligations and duties under this policy. Payment of loss or return premium under this policy shall constitute payment under this policy with respect to all insureds.

3. **Appraisal**

Appraisal applies after we confirm that the damage due to a loss is covered. If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser within 20 days. The two appraisers will select an umpire. If they cannot agree within 20 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

  a. Pay its chosen appraiser; and

  b. Bear the other expenses of the appraisal and umpire equally.

Appraisers and umpires are not authorized to determine if coverage, exclusions, conditions and any other contractual issues exist between us. If there is an appraisal, we will still retain our right to deny the claim. The appraisal award cannot be used by either party in any proceedings concerning coverage, exclusions, conditions or any other contractual issues.

4. **Arbitration Clause**

All matters in dispute between you and us (referred to in this policy as "the parties") in relation to this insurance, including this policy's formation and validity, and whether arising during or after the period of this insurance, shall be referred to an Arbitration Tribunal in the manner described below.

Unless the parties agree upon a single disinterested or impartial Arbitrator within thirty (30) days of one party receiving a written request from the other for Arbitration, the Claimant (the party requesting Arbitration) shall appoint his or her disinterested or impartial Arbitrator and give written notice to the Respondent (the party receiving notice of Arbitration). Within thirty (30) days of receiving such notice

SMB 300 2103 CW
ALL COMMERCIAL
PROPERTY

Copyright material from
© Insurance Services Office, Inc., 2011

Page 27 of 39

from the Claimant, the Respondent shall appoint his or her Arbitrator and give written notice to the Claimant

If the two Arbitrators fail to agree on the selection of the disinterested or impartial umpire within thirty (30) days of the appointment of the second named Arbitrator, each Arbitrator shall submit to the other a list of three Umpire candidates, each Arbitrator shall select one name from the list submitted by the other and the Umpire shall be selected from the two names chosen by a lot drawing procedure to be agreed upon by the Arbitrators. Unless the parties otherwise agree, the Arbitration Tribunal shall consist of disinterested or impartial persons presently or formerly employed or engaged in a senior position in insurance underwriting or claims.

The Arbitration Tribunal shall have power to fix all procedural rules for the holding of the Arbitration including discretionary power to make orders which it may consider proper in the circumstances of the case, regarding pleadings, discovery, inspection of documents, examination of witnesses and any other matter relating to the conduct of the Arbitration and may receive and act upon such evidence whether oral or written strictly admissible or not as it shall think fit.

All costs of the Arbitration shall be in the discretion of the Arbitration Tribunal who may direct to, and by whom, and in what manner they shall be paid.

Any Arbitration hearing shall take place in Nashville, Tennessee, unless some other locale is agreed by the Arbitrator or Arbitration Tribunal.

The Arbitration Tribunal may not award exemplary, punitive, multiple or other damages of a similar nature.

The award of the Arbitration Tribunal shall be in writing and binding. If either of the parties should fail to carry out any award the other may apply for its enforcement to a court of competent jurisdiction in any territory in which the party in default is domiciled or has assets or carries on business.

5. **Brands and Labels**

    If branded or labeled merchandise covered by this policy is physically damaged and we elect to take all or any part of such merchandise at the value established by the terms of this policy, you may, at your own expense, stamp "SALVAGE" on the merchandise or its containers, or may remove or obliterate the brands or labels, if such stamp, removal or obliteration will not physically damage the merchandise. You must relabel the merchandise or containers in compliance with the requirements of law.

6. **Control of Damaged Merchandise**

    Exercising reasonable discretion, you shall be the sole judge as to whether the goods involved in any loss under this policy are fit for normal intended use or consumption. No goods deemed by you to be unfit for consumption shall be sold or otherwise disposed of except by you or with your consent, but you shall allow us any salvage obtained by you on any sale or other disposition of such goods. You shall have full right to the possession of and retain control of all goods involved in any loss under this policy.

7. **Divisible Contract**

    Subject to 16.c.17. Mortgage holders Section below, if the *locations* described in this policy include two or more buildings or the contents of two or more buildings, the breach of any condition of this policy in respect to any one or more of the buildings insured or containing the Covered Property, shall not prejudice the right to recover for physical loss or damage occurring in any building insured or containing the Covered Property where, at the time of such loss or damage, a breach of condition does not exist.

8. **Duties in the Event of Loss or Damage**

    a. You must see that the following are done in the event of loss or damage to Covered Property:

       1) Notify the police if a law may have been broken.

       2) Give us prompt notice of the loss or damage, including a description of the property involved.

SMB 300 2103 CW
ALL COMMERCIAL
PROPERTY

Copyright material from
© Insurance Services Office, Inc., 2011

Page 28 of 39