12. **Settlement of Claims**

    The amount of loss under this policy shall be payable within thirty (30) days after valid proof of loss is received, accepted, and ascertainment of the amount of loss is made either by agreement with you or an amount is determined by binding Arbitration in accordance with the provisions of this policy.

    We shall have the option to take all or any part of the property at the agreed or arbitrated value, or to repair, rebuild or replace the property physically lost or damaged with other of like kind and quality, within a reasonable time, on giving notice of its intention to do so within sixty (60) days after receipt of the proof of loss required.

13. **Subrogation**

    An assignment of all rights of recovery against any party for loss may be required from you to the extent that payment has been made, but the assignee shall not acquire any rights of recovery which you have expressly waived in writing prior to loss nor shall such waiver in writing affect your rights under this policy. We waive the rights of recovery against any Mortgagee listed on the Declaration. However, notwithstanding the foregoing, we shall be subrogated to all your rights of recover against:

    a. any Architect or Engineer, whether named as a Named Insured or not, for any loss or damage arising out of the performance of professional services in their capacity as such and caused by an error, omission, deficiency or act of the Architect or Engineer, by any person employed by them or by any others for whose acts they are legally liable, and

    b. any manufacturer or supplier of machinery, equipment or other property, whether named as a Named Insured or not, for the cost of making good any loss or damage which said party has agreed to make good under a guarantee or warranty, whether expressed or implied.

    Any recovery as a result of subrogation proceedings arising out of an *occurrence*, after expenses incurred in such subrogation proceedings are deducted, shall accrue in the proportion that the Deductible amount and/or any provable uninsured loss amount bears to the entire provable loss amount.

    You will cooperate with us and, upon our request, will:

    a. Attend hearings and trials; and

    b. Assist in effecting settlements, securing and giving evidence, obtaining the attendance of witnesses, and conducting suits.

14. **Transfer of Rights of Recovery Against Others to Us**

    If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. You may waive your rights against another party in writing:

    a. Prior to a loss to your Covered Property.

    b. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

        1) Someone insured by this insurance;

        2) A business firm:

            a) Owned or controlled by you; or

            b) That owns or controls you; or

        3) Your tenant.

    This will not restrict your insurance.

15. **Undamaged Material**

SMB 300 2103 CW
ALL COMMERCIAL
PROPERTY

Copyright material from
© Insurance Services Office, Inc., 2011

Page 30 of 39