# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARCADIA BAR & GRILL OF OF NEW ORLEANS, LLC | CASE NO.: 2:23-cv-03125 |
| Plaintiff, | |
| v. | DISTRICT JUDGE: ELDON E. FALLON |
| INDEPENDENT SPECIALTY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B6045568622021 CERTAIN UNDERWRITERS AT LLOYD'S - SYNDICATE 1458 AND RENAISSANCERE SPECIALTY U.S. LTD, | MAGISTRATE JUDGE: JANIS VAN MEERVELD |
| Defendants. | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Compel Arbitration, to Dismiss Claims Against Defendants, or Alternatively, Stay Litigation Pending Arbitration, is hereby set for submission before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana on the 27th day of September 2023 at 9:00 a.m.

Dated the 14th day of August, 2023.   Respectfully submitted,

By:   /s/ *Shawn M. Brooks*
Chaunda "Shawn" M. Brooks (La. Bar No. 38607)
ROLFES HENRY CO., LPA
8550 United Plaza Boulevard, Suite 702
Baton Rouge, Louisiana  70809
Telephone:  (800) 720-0613
Facsimile:   (228) 299-0430
E: sbrooks@rolfeshenry.com
E: lmoore@rolfeshenry.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the foregoing *Notice of Submission* has been electronically filed with the Clerk of the Courts by using the ECF system, which will send a notice of the electronic filing to the following. I further certify that upon notification from the Clerk of the Court, a copy of the foregoing will be forwarded via U.S. Mail if a party is a non-ECF participant.

> John W. Houghtaling, Esq.
> Skye S. Fantaci, Esq.
> Kevin R. Sloan, Esq.
> GAUTHIER MURPHY & HOUGHTALING LLC
> 3500 North Hullen Street
> Metairie, Louisiana  70002
> john@gmhatlaw.com
> skye@gmhatlaw.com
> kevin@gmhatlaw.com
>
> *Attorneys for Plaintiff*

SO CERTIFIED, this 14th day of August, 2023.

                                                       */s/ Shawn M. Brooks*_____
                                                       Chaunda "Shawn" M. Brooks