**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BARCADIA BAR & GRILL OF OF NEW ORLEANS, LLC | : | |
| | : | CASE NO.: 2:23-cv-03125 |
| Plaintiff, | : | |
| | : | DISTRICT JUDGE: |
| v. | : | ELDON E. FALLON |
| | : | |
| INDEPENDENT SPECIALTY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B6045568622021 CERTAIN UNDERWRITERS AT LLOYD'S - SYNDICATE 1458 AND RENAISSANCERE SPECIALTY U.S. LTD, | : | MAGISTRATE JUDGE: JANIS VAN MEERVELD |
| Defendants. | : | |

## ORDER

The foregoing Motion to Compel Arbitration, to Dismiss Claims Against Independent Specialty Insurance Company, Certain Underwriters at Lloyd's and Other Insurers Subscribing to Binding Authority B604510568622021, Certain Underwriters at Lloyd's – Syndicate 1458 and RenaissanceRe Specialty U.S. Ltd. (collectively known as "Defendants") or Alternatively, Stay Litigation Pending Arbitration having been considered:

IT IS HEREBY ORDERED that the Motion is granted, thereby ordering Arbitration of the claims herein, and further, the captioned matter and resulting claims against the Defendants are dismissed pending completion of the Arbitration herein;

ALTERNATIVELY, IT IS HEREBY ORDERED that the Motion is granted, thereby ordering Arbitration of the claims herein and that the captioned litigation must be stayed pending the completion of Arbitration.

SO ORDERED in New Orleans, Louisiana, this the ___ day of _____2023.

_____
JUDGE HON. ELDON E. FALLON
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA