**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BARCADIA BAR & GRILL OF | : | |
| OF NEW ORLEANS, LLC | : | CASE NO.: 2:23-cv-03125 |
| | : | |
| Plaintiff, | : | |
| | : | DISTRICT JUDGE: |
| | : | ELDON E. FALLON |
| v. | : | |
| | : | MAGISTRATE JUDGE: |
| INDEPENDENT SPECIALTY | : | EVA J. DOSSIER |
| INSURANCE COMPANY, ET AL., | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR FINAL DISMISSAL

NOW INTO COURT, through undersigned counsel, comes Defendants, Independent Specialty Insurance Company and Certain Underwriters at Lloyds, who respectfully submits that the claims asserted against them by Plaintiff, Barcadia Bar & Grill of New Orleans, LLC, have all been settled and all parties seek to dismiss all of the claims, with prejudice, each party to bear their own costs.

This the 7th day of May, 2025.        Respectfully submitted,

/s/ Douglas E. Adams
Douglas E. Adams (LA Bar #41038)
ROLFES HENRY CO., LPA
175 Main Street, Suite B
Biloxi, Mississippi  39530
Telephone:  (228) 207-1366
E: dadams@rolfeshenry.com
E: lmoore@rolfeshenry.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing ***Motion for Final Dismissal*** has been electronically filed with the Clerk of the Courts by using the ECF system, which will send a notice of the electronic filing to all counsel of record.

SO CERTIFIED, this 7th day of May, 2025.

*/s/ Douglas E. Adams*
Douglas  E. Adams