UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARCADIA BAR & GRILL OF NEW ORLEANS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-3125** |
| **INDEPENDENT SPECIALTY INSURANCE COMPANY, ET AL.** | **SECTION "L" (3)** |

### ORDER

In light of the Court's prior order staying the above-captioned matter, R. Doc. 24;

**IT IS ORDERED** that this matter is hereby **ADMINISTRATIVELY CLOSED**, pending the Court's lifting of the stay.

New Orleans, Louisiana, this 22nd day of October, 2025.

_____
United States District Judge